SAMUEL W. STEWART, Executor of the Last Will and Testament of JOHN R. PARK, Deceased, Respondent, v. ANNIE F. A. HILTON, Appellant.

No. 1369.    (69 Pac. 1134.)

(Decided July 21, 1902.)

Appeal from the Third District Court, Salt Lake County.— *Hon. W. C. Hall,* Judge.

Action by the executor of the last will of John R. Park, deceased, to quiet title to certain property of which disposition was made in the will and in which property the defendant claimed an interest as widow of the deceased. From a decree in favor of the plaintiff, the defendant appealed.

REVERSED ON AUTHORITY OF HILTON v. ROYLANCE, 25 UTAH 129.

*N. V. Jones, Esq.,* and *Messrs. Powers, Straup & Lippman* for appellant.

*Messrs. Bennett, Sutherland, Van Cott & Allison, Messrs. Pierce, Critchlow & Barrette* and *Messrs. Stewart & Stewart* for respondent.

BARTCH, J.—This action was brought by the executor of the last will and testament of John R. Park, deceased, against the defendant, to quiet title to certain property of which disposition was made in the will, and in which property defendant claims an interest as widow of the deceased.

The defendant herein was the plaintiff in the case of Hil-

ton v. Roylance, 25 Utah 129, 69 Pac. 660, decided at the present term. The evidence admitted in that case was practically the same as in this. The decisive legal questions presented herein were involved and decided therein. Therefore, for our opinion and decision of the points here presented, we refer to that case, and, in accordance therewith, this case must be reversed, with costs, and remanded, with instructions to the court below to proceed in conformity with that opinion.

It is so ordered.

MINER, C. J., and BASKIN, J., concur.